MICHAEL L. BECKER, ESQ.
Nevada Bar No. 8765
KEVIN COBURN, ESQ.
Nevada Bar No.16411
LAS VEGAS DEFENSE GROUP L.L.C
6655 W Sahara Avenue Suite C216
Las Vegas, NV 89146
Ph: (702) 333-3673
Fax: (702) 974-0524
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>CASEY GARDNER,<br><br>    Defendant. | Case No.: 2:24-mj-00861-BNW<br><br>**STIPULATION TO CLOSE CASE** |

IT IS HEREBY STIPULATED AND AGREEED, by and between Skyler Pearson, Assistant United States Attorney, counsel for the United States of America and Michael Becker, Esq. and Kevin Coburn, Esq. of the law firm Las Vegas Defense Group, LLC, counsel for CASEY GARDNER, that the Status Check set for December 17, 2025, be vacated and the case be closed out.

The Stipulation is entered into for the following reasons:

1. Mr. Gardner has completed all requirements (*See* Exhibit A)

DATED this __15th__ day of December, 2025

AGREED TO AND STIPULATED:

_/s/ Skyler Pearson Esq._                                       _/s/ Kevin Coburn Esq._
SKYLER PEARSON                                            KEVIN COBURN
Assistant United States Attorney             Counsel for Defendant, CASEY GARDNER

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,            )
                                     )   Case No.: 2:24-mj-00861-BNW
                Plaintiff,           )
         v.                          )
                                     )   **ORDER TO CLOSE CASE**
                                     )
CASEY GARDNER,                       )
                                     )
                Defendant.           )
                                     )

## FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. That Mr. Gadner has completed all of his requirements.

## ORDER

Based on the stipulation of Counsel for all parties and good cause appearing:

**IT IS THEREFORE ORDERED** that the Status Check scheduled for December 17, 2025, be vacated and the case be successfully closed out.

_____
HON. BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE
DATED: December 16, 2025

3

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that (s)he is employed in the office of Las Vegas Defense Group, L.L.C. and is a person of such age and discretion as to be competent to serve papers.

In accordance with the Federal Rules of Procedure, I certify that on this date, December 15, 2025. I electronically filed the foregoing with the Clerk of the court for the United States District Court by using the CM/ECF system. I further certify that counsel for petitioner are registered and listed participant with CM/ECF system and that service of this pleading will be accomplished via CM/ECF system.

                                        _Jacqueline Melgar_
                                        An Employee of Las Vegas Defense Group, L.L.C.

# EXHIBIT "A"

# Certificate of Completion

This certifies that the person named below has completed an

**8 Hour Drug and Alcohol Awareness Class**

and has passed a written knowledge assessment

COURSE FOR DRUGS & ALCOHOL

DRUG & ALCOHOL AWARENESS CLASS

Casey R. Gardner

1518 Majestic Pond Ave., North Las Vegas, NV 89084

Date of Birth: 02/26/1992

Date of Course Completion: 12/08/2025

Certificate Number: 1631209

Verify the authenticity of this certificate by visiting: NALearning.org/Verify

Mr. Robert A. Williams, Course Instructor
(888) 338-8855 | certificate@coursefordrugsandalcohol.com



# LRS SYSTEMS

Main Office: 600 S. 7th St., Las Vegas, NV 89101
Classroom: 302 Tin St., Henderson, NV 89015
Tel: 702-732-0214 * Fax: 702-714-0906

## Nevada DUI (8 Hours)
## Completion Certificate

Student Name: **Casey Gardner**
Date of Birth: **2/26/1992**

Court: **United States District Court**
Judge: **Brenda Weksler**
Case Number: **2:24-mj-00861-BNW**
Return To Court: **12/17/2025**

SCHOOL NAME: **LRS Systems, Ltd.**
SCHOOL LICENSE NO.: **TSS000024547, DUI000024531, PRDS00027789**
COURSE COMPLETED: **Nevada DUI (8 Hours)**

DATE COMPLETED: **12-10-2025 10:52:25 AM**

Under penalty of perjury, I hearby certify all statements on this form are true and that I completed the final exam.

_____     12-10-25
Student's Signature                  Date

_____     _____
Parent/Guardian's Signature (required if student   Date
is under 18)


_____
Frank Karr
LRS Systems, Ltd.

# LRS SYSTEMS

600 S. 7th St., Las Vegas, NV 89101 Tel 702-732-0214 *
Fax 702-714-0906

## Victim Impact Panel Online Completion Certificate

Student Name: **Casey Gardner**
Date of Birth: **2/26/1992**

Court: **United States District Court**
Judge: **Brenda Weksler**
Case Number: **2:24-mj-00861-BNW**
Return To Court: **12/17/2025**

SCHOOL NAME: **LRS Systems, Ltd.**
SCHOOL LICENSE NO.: **TSS000024547, DUI000024531, PRDS00027789**
COURSE COMPLETED: **Victim Impact Panel Online**

DATE COMPLETED: **12-08-2025 09:42:55 PM**

Under penalty of perjury, I hearby certify all statements on this form are true and that I completed the final exam.

_____          12-8-25
Student's Signature                Date

_____          _____
Parent/Guardian's Signature (required if student    Date
is under 18)


_____
Frank Karr
LRS Systems, Ltd.

---

1829266 9cabb5f5-59f1-42d7-b2a9-fcc6dfa9f009 12-08-2025 09:42:55 PM

Generated: Dec 15, 2025 10:23AM

Page 1/1

# U.S. District Court

## Nevada None - Las Vegas

Receipt Date: Dec 15, 2025 10:23AM

Casey Ryan Gardner

Rcpt. No: 200017589       Trans. Date: Dec 15, 2025 10:23AM       Cashier ID: #AA (4469)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 700 | Criminal Debt | DNVX224MJ000861 /001<br>CASEY RYAN GARDNER | 1 | 510.00 | 510.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CC | Credit Card | | $510.00 |
| | | Total Due Prior to Payment: | $510.00 |
| | | Total Tendered: | $510.00 |
| | | Total Cash Received: | $0.00 |

**Comments:** $500.00 Fine and $10.00 Mandatory Penalty Assessment

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.